UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SHARI AHRENDSEN and
BARRY CLEMENT, on behalf of the World
Travel, Inc. Employee Stock Ownership Plan, and
on behalf of a class of all other persons similarly
situated,

V.

PRUDENT FIDUCIARY SERVICES, LLC, a
California Limited Liability Company,
MIGUEL PAREDES, JAMES A. WELLS,
JAMES R. WELLS, and RICHARD G. WELLS,

Civil Action No: 2:21-cv-02157-HB

DISCLOSURE STATEMENT FORM

Please check one box:

[✓] The nongovernmental corporate party, Defendant Prudent Fiduciary Services, LLC, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

[ ] The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

July 13, 2021                                         William J. Delany

Date                                                  Signature

Counsel for: Defendants Prudent Fiduciary Services, LLC, and Miguel Paredes

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file two copies of a disclosure statement that:
  (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or
  (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
  (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
  (2) promptly file a supplemental statement if any required information changes.

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on July 13, 2021, a copy of the foregoing was filed electronically using the Court's CM/ECF system, which will provide notice of the filing to all counsel of record.

      By: */s/ William J. Delany*
      William J. Delany