IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARI AHRENDSEN and BARRY CLEMENT, on behalf of the World Travel, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company, MIGUEL PAREDES, JAMES A. WELLS, JAMES R. WELLS, AND RICHARD G. WELLS.<br><br>    Defendants. | Case No. 2:21-cv-02157 |

**ORDER GRANTING JOINT MOTION TO EXTEND DEFENDANTS'**
**DEADLINES TO RESPOND TO THE COMPLAINT AND RELATED BRIEFING**

  The Court hereby grants the Parties' Joint Motion to Extend Deadlines for Defendants' Responsive Pleadings and Related Briefing. Dkt. __. The following schedule will apply:

- August 9, 2021: Deadline for Defendants to respond to the complaint.
- September 8, 2021: Deadline for Plaintiffs' opposition briefs, if any.
- September 29, 2021: Deadline for Defendants' reply briefs, if any.

IT IS SO ORDERED.

                   /s/ Harvey Bartle III

                   Honorable Harvey Bartle, III

                   July 26, 2021