IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shari Ahrendsen, Barry Clement, and Lisa Bush, on behalf of the World Travel, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br>　　　　　　　v.　　　　　Plaintiffs,<br>Prudent Fiduciary Services, LLC, a California Limited Liability Company, Miguel Paredes, James A. Wells, James R. Wells, and Richard G Wells<br>　　　　　　　　　　　Defendants. | : : : : : : : : | Civil Action<br><br>No.:  2:21-CV-02157-HB |

ORDER

AND NOW, this 1st day of September 20 21, it is hereby ORDERED that the application of Michelle C. Yau, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.[1]

☐  DENIED.

_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.