IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Shari Ahrendsen, et al. | : | Civil Action |
| | : | |
| v. | : | |
| | : | |
| Prudent Fiduciary | : | No.: 2:21-cv-02157-HB |

ORDER

AND NOW, this 2nd day of September 20 21, it is hereby

ORDERED that the application of  Mary J. Bortscheller _____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☑  GRANTED.[1]

☐  DENIED.

/s/ Harvey Bartle III
_____, J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.