```
             IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARI AHRENDSEN, et al.         :    CIVIL ACTION
                                :
         v.                     :
                                :
PRUDENT FIDUCIARY SERVICES, LLC :    NO. 21-2157
et al.                          :
                                :
```

ORDER

AND NOW, this 2nd day of September, 2021, it is hereby ORDERED that the motion of defendants Miguel Paredes and Prudent Fiduciary Services, LLC to dismiss the complaint (Doc. #34) and the motion of defendants James R. Wells, James A. Wells, and Richard G. Wells to dismiss the complaint (Doc. #35) are DENIED as moot.  Plaintiff has now filed and served an Amended Complaint.

```
                              BY THE COURT:

                              /s/ Harvey Bartle III
                              _____
                                                          J.
```