UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARI AHRENDSEN,<br>BARRY CLEMENT, and<br>LISA BUSH, on behalf of the World Travel, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company,<br>MIGUEL PAREDES,<br>JAMES A. WELLS,<br>JAMES R. WELLS, and<br>RICHARD G. WELLS,<br><br>      Defendants. | Case No.: 2:21-cv-02157 |

**ORDER GRANTING JOINT MOTION TO SET RESPONSIVE PLEADING DEADLINE AND RELATED BRIEFING SCHEDULE**

The Court hereby grants the Parties' Joint Motion to Set Responsive Pleading Deadline and Related Briefing Schedule. Dkt. __. The following schedule will apply:

- September 23, 2021: Deadline for Defendants to respond to the amended class action complaint.

- October 14, 2021: Deadline for Plaintiffs' opposition briefs, if any.

- October 25, 2021: Deadline for Defendants' reply briefs, if any.

IT IS SO ORDERED.

           ___/s/ Harvey Bartle III_____
           Honorable Harvey Bartle, III