**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHARI AHRENDSEN and<br>BARRY CLEMENT, and<br>LISA BUSH on behalf of the World Travel,<br>Inc. Employee Stock Ownership Plan, and<br>on behalf of a class of all other persons<br>similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>PRUDENT FIDUCIARY SERVICES, LLC,<br>a California Limited Liability Company,<br>MIGUEL PAREDES,<br>JAMES A. WELLS,<br>JAMES R. WELLS, and<br>RICHARD G. WELLS,<br><br>        Defendants. | Case No.: 2:21-cv-02157<br><br>Honorable Judge Harvey Bartle, III<br><br>NOTICE OF MOTION |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Wells Defendants' Motion to Dismiss the Amended Complaint, dated August 30, 2021, and all other papers and proceedings herein, Defendants James A. Wells, James R. Wells, and Richard G. Wells (collectively, the "Wells Defendants"), by their undersigned counsel, will move the Court, before the Honorable Judge Harvey Bartle, III, Senior United States District Judge for the Eastern District of Pennsylvania, at 16614 U.S. Courthouse, 601 Market Street, Philadelphia, PA 19106, as soon as counsel may be heard, for an order pursuant to Rules 12(b)(6) and 8 of the Federal Rules of Civil Procedure to dismiss Counts IV and V which are the only counts against the Wells Defendants and for such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, per this Court's Order dated September 8, 2021, Plaintiffs' answering papers to the Motion, if any, shall be filed and served on the

undersigned counsel by Thursday, October 14, 2021.  The Wells Defendants' reply papers, pursuant to the same Order, shall be filed and served no later than October 25, 2021.

Dated: September 23, 2021                    Respectfully submitted,

                                             HOLLAND & KNIGHT LLP

                                             By:  */s/ Lynn E. Calkins*
James E. DelBello (ID No. 78638)             Lynn Calkins (PHV, D.C. Bar No. 445854)
HOLLAND & KNIGHT LLP                         Adam Adcock (PHV, D.C. Bar No. 1672136)
2929 Arch Street                             HOLLAND & KNIGHT LLP
Philadelphia, PA 19104                       800 17th Street, N.W., Suite 1100
P: (215) 252-9524                            Washington, D.C. 20006
James.DelBello@hklaw.com                     P: (202) 457-7041
                                             Lynn.Calkins@hklaw.com
                                             Adam.Adcock@hklaw.com

*Counsel for Wells Defendants*               *Counsel for Wells Defendants*