IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARI AHRENDSEN, BARRY CLEMENT and LISA BUSH, on behalf of the World Travel, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company, MIGUEL PAREDES, JAMES A. WELLS, JAMES R. WELLS, AND RICHARD G. WELLS.<br><br>　　　　　Defendants. | Case No. 2:21-cv-02157-HB |

**DECLARATION OF LARS C. GOLUMBIC IN SUPPORT OF
DEFENDANTS PRUDENT FIDUCIARY SERVICES AND
MIGUEL PAREDES'S MOTION TO DISMISS
<u>PLAINTIFFS' FIRST AMENDED COMPLAINT</u>**

　　　　Pursuant to section 1746 of Title 28 of the United States Code, I, **LARS C. GOLUMBIC**, declare the following:

　　　　1.　　I am over the age of 18, and I am otherwise fully competent to testify to the matters stated in this Declaration.

　　　　2.　　I am a Principal at Groom Law Group, Chartered in Washington, DC. I represent Defendants Prudent Fiduciary Services, LLC, and Miguel Paredes (the "Paredes Defendants") in the above captioned matter.

　　　　3.　　I make this Declaration in support of the Paredes Defendants' contemporaneously-filed Motion to Dismiss Plaintiffs' First Amended Complaint.

　　　　4.　　Attached as **Exhibit 1** is a true and correct copy of the Form 5500 for World Travel Inc., Employee Stock Ownership Plan for the plan year 2017.

1

5. Attached as **Exhibit 2** is an excerpt of a true and correct copy of the Engagement Agreement between World Travel, Inc., and Miguel Paredes, dated September 11, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 23, 2021                                  */s/ Lars C. Golumbic*
                                                                                   Lars C. Golumbic