# EXHIBIT 1

# Form 5500

Department of the Treasury
Internal Revenue Service

Department of Labor
Employee Benefits Security
Administration

Pension Benefit Guaranty Corporation

## Annual Return/Report of Employee Benefit Plan

This form is required to be filed for employee benefit plans under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and sections 6057(b) and 6058(a) of the Internal Revenue Code (the Code).

▶ **Complete all entries in accordance with the instructions to the Form 5500.**

OMB Nos. 1210-0110
1210-0089

## 2017

**This Form is Open to Public Inspection**

| Part I | Annual Report Identification Information |
|---|---|

For calendar plan year 2017 or fiscal plan year beginning   01/01/2017        and ending    12/31/2017

**A** This return/report is for:   ☐ a multiemployer plan   ☐ a multiple-employer plan (Filers checking this box must attach a list of participating employer information in accordance with the form instructions.)

☒ a single-employer plan   ☐ a DFE (specify) ___

**B** This return/report is:   ☒ the first return/report   ☐ the final return/report

☐ an amended return/report   ☐ a short plan year return/report (less than 12 months)

**C** If the plan is a collectively-bargained plan, check here. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ ☐

**D** Check box if filing under:   ☒ Form 5558   ☐ automatic extension   ☐ the DFVC program

☐ special extension (enter description)

| Part II | Basic Plan Information—enter all requested information |
|---|---|

**1a** Name of plan

WORLD TRAVEL, INC. INC EMPLOYEE STOCK OWNERSHIP PLAN

**1b** Three-digit plan number (PN) ▶   003

**1c** Effective date of plan
01/01/2017

**2a** Plan sponsor's name (employer, if for a single-employer plan)
Mailing address (include room, apt., suite no. and street, or P.O. Box)
City or town, state or province, country, and ZIP or foreign postal code (if foreign, see instructions)

WORLD TRAVEL, INC.

1724 W SCHUYLKILL RD DOUGLASSVILLE, PA 19518

**2b** Employer Identification Number (EIN)
23-2228965

**2c** Plan Sponsor's telephone number
(484)348-6665

**2d** Business code (see instructions)
561500

**Caution: A penalty for the late or incomplete filing of this return/report will be assessed unless reasonable cause is established.**

Under penalties of perjury and other penalties set forth in the instructions, I declare that I have examined this return/report, including accompanying schedules, statements and attachments, as well as the electronic version of this return/report, and to the best of my knowledge and belief, it is true, correct, and complete.

| SIGN HERE | Filed with authorized/valid electronic signature | 10/15/2018 | MARIBETH L. MINELLA |
|---|---|---|---|
| | Signature of plan administrator | Date | Enter name of individual signing as plan administrator |
| SIGN HERE | | | |
| | Signature of employer/plan sponsor | Date | Enter name of individual signing as employer or plan sponsor |
| SIGN HERE | | | |
| | Signature of DFE | Date | Enter name of individual signing as DFE |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Form 5500 (2017)
v. 170203

Form 5500 (2017)             Page **2**

| | | |
|---|---|---|
| **3a** Plan administrator's name and address [X] Same as Plan Sponsor | **3b** Administrator's EIN | |
| | **3c** Administrator's telephone number | |

| | | |
|---|---|---|
| **4** If the name and/or EIN of the plan sponsor or the plan name has changed since the last return/report filed for this plan, enter the plan sponsor's name, EIN, the plan name and the plan number from the last return/report: | **4b** EIN | |
| **a** Sponsor's name | | |
| **c** Plan Name | **4d** PN | |

| | | | |
|---|---|---|---|
| **5** | Total number of participants at the beginning of the plan year | **5** | 523 |
| **6** | Number of participants as of the end of the plan year unless otherwise stated (welfare plans complete only lines **6a(1)**, **6a(2)**, **6b**, **6c**, and **6d**). | | |
| **a(1)** | Total number of active participants at the beginning of the plan year ............................................ | **6a(1)** | 523 |
| **a(2)** | Total number of active participants at the end of  the plan year ................................................... | **6a(2)** | 513 |
| **b** | Retired or separated participants receiving benefits ............................................................................. | **6b** | 0 |
| **c** | Other retired or separated participants entitled to future benefits ........................................................ | **6c** | 7 |
| **d** | Subtotal. Add lines **6a(2)**, **6b**, and **6c**. | **6d** | 520 |
| **e** | Deceased participants whose beneficiaries are receiving or are entitled to receive benefits. .............. | **6e** | 1 |
| **f** | Total.  Add lines **6d** and **6e**. | **6f** | 521 |
| **g** | Number of participants with account balances as of the end of the plan year (only defined contribution plans complete this item)............................................................................................................................. | **6g** | 511 |
| **h** | Number of participants who terminated employment during the plan year with accrued benefits that were less than 100% vested ........................................................................................................................... | **6h** | 1 |
| **7** | Enter the total number of employers obligated to contribute to the plan (only multiemployer plans complete this item)......... | **7** | |

**8a** If the plan provides pension benefits, enter the applicable pension feature codes from the List of Plan Characteristics Codes in the instructions:

2E   2I   2P   3I

**b** If the plan provides welfare benefits, enter the applicable welfare feature codes from the List of Plan Characteristics Codes in the instructions:

| | | | |
|---|---|---|---|
| **9a** Plan funding arrangement (check all that apply) | | **9b** Plan benefit arrangement (check all that apply) | |
| **(1)** [ ] Insurance | | **(1)** [ ] Insurance | |
| **(2)** [ ] Code section 412(e)(3) insurance contracts | | **(2)** [ ] Code section 412(e)(3) insurance contracts | |
| **(3)** [X] Trust | | **(3)** [X] Trust | |
| **(4)** [ ] General assets of the sponsor | | **(4)** [ ] General assets of the sponsor | |

**10** Check all applicable boxes in 10a and 10b to indicate which schedules are attached, and, where indicated, enter the number attached.  (See instructions.)

**a** Pension Schedules

**(1)** [X] **R**  (Retirement Plan Information)

**(2)** [ ] **MB**  (Multiemployer Defined Benefit Plan and Certain Money Purchase Plan Actuarial Information) - signed by the plan actuary

**(3)** [ ] **SB**  (Single-Employer Defined Benefit Plan Actuarial Information) - signed by the plan actuary

**b** General Schedules

**(1)** [X] **H**  (Financial Information)

**(2)** [ ] **I**  (Financial Information – Small Plan)

**(3)** [ ] __0__ **A**  (Insurance Information)

**(4)** [ ] **C**  (Service Provider Information)

**(5)** [ ] **D**  (DFE/Participating Plan Information)

**(6)** [ ] **G**  (Financial Transaction Schedules)

Form 5500 (2017)                                                                                                      Page **3**

| Part III | Form M-1 Compliance Information (to be completed by welfare benefit plans) |
|---|---|

**11a** If the plan provides welfare benefits, was the plan subject to the Form M-1 filing requirements during the plan year? (See instructions and 29 CFR 2520.101-2.) .......................………..…… ☐ Yes   ☐ No

  If "Yes" is checked, complete lines 11b and 11c.

**11b** Is the plan currently in compliance with the Form M-1 filing requirements? (See instructions and 29 CFR 2520.101-2.) ……..... ☐ Yes   ☐ No

**11c** Enter the Receipt Confirmation Code for the 2017 Form M-1 annual report.  If the plan was not required to file the 2017 Form M-1 annual report, enter the Receipt Confirmation Code for the most recent Form M-1 that was required to be filed under the Form M-1 filing requirements. (Failure to enter a valid Receipt Confirmation Code will subject the Form 5500 filing to rejection as incomplete.)

  Receipt Confirmation Code_____

| **SCHEDULE H**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Financial Information**<br><br>This schedule is required to be filed under section 104 of the Employee Retirement Income Security Act of 1974 (ERISA), and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection** |

For calendar plan year 2017 or fiscal plan year beginning   01/01/2017                    and ending     12/31/2017

| **A** Name of plan<br>WORLD TRAVEL, INC. INC EMPLOYEE STOCK OWNERSHIP PLAN | **B**   Three-digit<br>plan number (PN)           ▶ | 003 |
|---|---|---|

| **C** Plan sponsor's name as shown on line 2a of Form 5500<br>WORLD TRAVEL, INC. | **D**   Employer Identification Number (EIN)<br>23-2228965 |
|---|---|

---

| **Part I** | **Asset and Liability Statement** |
|---|---|

**1**   Current value of plan assets and liabilities at the beginning and end of the plan year. Combine the value of plan assets held in more than one trust. Report the value of the plan's interest in a commingled fund containing the assets of more than one plan on a line-by-line basis unless the value is reportable on lines 1c(9) through 1c(14). Do not enter the value of that portion of an insurance contract which guarantees, during this plan year, to pay a specific dollar benefit at a future date. **Round off amounts to the nearest dollar.** MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 1b(1), 1b(2), 1c(8), 1g, 1h, and 1i. CCTs, PSAs, and 103-12 IEs also do not complete lines 1d and 1e. See instructions.

| **Assets** | | **(a)** Beginning of Year | **(b)** End of Year |
|---|---|---|---|
| **a** Total noninterest-bearing cash ............................................................. | **1a** | | |
| **b** Receivables (less allowance for doubtful accounts): | | | |
| **(1)** Employer contributions ..................................................... | **1b(1)** | 0 | 6,500,000 |
| **(2)** Participant contributions .................................................. | **1b(2)** | | |
| **(3)** Other............................................................................... | **1b(3)** | | |
| **c** General investments: | | | |
| **(1)** Interest-bearing cash (include money market accounts & certificates of deposit) ...................................................................... | **1c(1)** | | |
| **(2)** U.S. Government securities.............................................. | **1c(2)** | | |
| **(3)** Corporate debt instruments (other than employer securities): | | | |
| **(A)** Preferred .............................................................. | **1c(3)(A)** | | |
| **(B)** All other ............................................................... | **1c(3)(B)** | | |
| **(4)** Corporate stocks (other than employer securities): | | | |
| **(A)** Preferred .............................................................. | **1c(4)(A)** | | |
| **(B)** Common ............................................................... | **1c(4)(B)** | | |
| **(5)** Partnership/joint venture interests ................................. | **1c(5)** | | |
| **(6)** Real estate (other than employer real property) ................... | **1c(6)** | | |
| **(7)** Loans (other than to participants) ................................... | **1c(7)** | | |
| **(8)** Participant loans ............................................................ | **1c(8)** | | |
| **(9)** Value of interest in common/collective trusts.................... | **1c(9)** | | |
| **(10)** Value of interest in pooled separate accounts ................. | **1c(10)** | | |
| **(11)** Value of interest in master trust investment accounts ................. | **1c(11)** | | |
| **(12)** Value of interest in 103-12 investment entities ................. | **1c(12)** | | |
| **(13)** Value of interest in registered investment companies (e.g., mutual funds).............................................................................. | **1c(13)** | | |
| **(14)** Value of funds held in insurance company general account (unallocated contracts)....................................................................... | **1c(14)** | | |
| **(15)** Other ............................................................................ | **1c(15)** | | |

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.                                        Schedule H (Form 5500) 2017<br>v.170203

| | | | (a) Beginning of Year | (b) End of Year |
|---|---|---|---|---|
| **1d** | Employer-related investments: | | | |
| | **(1)** Employer securities ................................................... | **1d(1)** | 0 | 20,654,400 |
| | **(2)** Employer real property ............................................. | **1d(2)** | | |
| **e** | Buildings and other property used in plan operation.................. | **1e** | | |
| **f** | Total assets (add all amounts in lines 1a through 1e)................. | **1f** | | 27,154,400 |

### Liabilities

| | | | | |
|---|---|---|---|---|
| **g** | Benefit claims payable ........................................................... | **1g** | | |
| **h** | Operating payables ................................................................ | **1h** | | |
| **i** | Acquisition indebtedness........................................................ | **1i** | 0 | 189,727,772 |
| **j** | Other liabilities...................................................................... | **1j** | | |
| **k** | Total liabilities (add all amounts in lines 1g through1j).............. | **1k** | 0 | 189,727,772 |

### Net Assets

| | | | | |
|---|---|---|---|---|
| **l** | Net assets (subtract line 1k from line 1f)................................. | **1l** | 0 | -162,573,372 |

## Part II  Income and Expense Statement

**2**   Plan income, expenses, and changes in net assets for the year. Include all income and expenses of the plan, including any trust(s) or separately maintained fund(s) and any payments/receipts to/from insurance carriers. Round off amounts to the nearest dollar. MTIAs, CCTs, PSAs, and 103-12 IEs do not complete lines 2a, 2b(1)(E), 2e, 2f, and 2g.

### Income

| | | | (a) Amount | (b) Total |
|---|---|---|---|---|
| **a** | **Contributions:** | | | |
| | **(1)** Received or receivable in cash from: **(A)** Employers............................. | **2a(1)(A)** | 6,500,000 | |
| | **(B)** Participants ...................................................... | **2a(1)(B)** | | |
| | **(C)** Others (including rollovers) ............................... | **2a(1)(C)** | | |
| | **(2)** Noncash contributions ................................................. | **2a(2)** | | |
| | **(3)** Total contributions. Add lines **2a(1)(A), (B), (C),** and line **2a(2)** ............ | **2a(3)** | | 6,500,000 |
| **b** | **Earnings on investments:** | | | |
| | **(1)** Interest: | | | |
| | **(A)** Interest-bearing cash (including money market accounts and certificates of deposit) ................................................. | **2b(1)(A)** | | |
| | **(B)** U.S. Government securities ................................... | **2b(1)(B)** | | |
| | **(C)** Corporate debt instruments ................................. | **2b(1)(C)** | | |
| | **(D)** Loans (other than to participants) ........................ | **2b(1)(D)** | | |
| | **(E)** Participant loans ................................................. | **2b(1)(E)** | | |
| | **(F)** Other ................................................................. | **2b(1)(F)** | | |
| | **(G)** Total interest. Add lines **2b(1)(A)** through **(F)** ...... | **2b(1)(G)** | | 0 |
| | **(2)** Dividends: **(A)** Preferred stock........................................ | **2b(2)(A)** | | |
| | **(B)** Common stock ..................................................... | **2b(2)(B)** | 11,000,000 | |
| | **(C)** Registered investment company shares (e.g. mutual funds).......... | **2b(2)(C)** | | |
| | **(D)** Total dividends. Add lines **2b(2)(A), (B),** and **(C)** | **2b(2)(D)** | | 11,000,000 |
| | **(3)** Rents........................................................................ | **2b(3)** | | |
| | **(4)** Net gain (loss) on sale of assets:  **(A)** Aggregate proceeds ................... | **2b(4)(A)** | | |
| | **(B)** Aggregate carrying amount (see instructions) ........ | **2b(4)(B)** | | |
| | **(C)** Subtract line **2b(4)(B)** from line **2b(4)(A)** and enter result ............ | **2b(4)(C)** | | 0 |
| | **(5)** Unrealized appreciation (depreciation) of assets: **(A)** Real estate...................... | **2b(5)(A)** | | |
| | **(B)** Other ................................................................. | **2b(5)(B)** | -179,918,817 | |
| | **(C)** Total unrealized appreciation of assets. Add lines **2b(5)(A)** and **(B)** | **2b(5)(C)** | | -179,918,817 |

| | | (a) Amount | (b) Total |
|---|---|---|---|
| (6) Net investment gain (loss) from common/collective trusts ........................ | **2b(6)** | | |
| (7) Net investment gain (loss) from pooled separate accounts ..................... | **2b(7)** | | |
| (8) Net investment gain (loss) from master trust investment accounts .......... | **2b(8)** | | |
| (9) Net investment gain (loss) from 103-12 investment entities ................... | **2b(9)** | | |
| (10) Net investment gain (loss) from registered investment companies (e.g., mutual funds)........................ | **2b(10)** | | |
| c Other income............................................................................................... | **2c** | | |
| d Total income. Add all **income** amounts in column (b) and enter total.................... | **2d** | | -162,418,817 |

### Expenses

| | | | |
|---|---|---|---|
| e Benefit payment and payments to provide benefits: | | | |
| (1) Directly to participants or beneficiaries, including direct rollovers............. | **2e(1)** | | |
| (2) To insurance carriers for the provision of benefits ................................. | **2e(2)** | | |
| (3) Other ......................................................................................... | **2e(3)** | | |
| (4) Total benefit payments. Add lines **2e(1)** through **(3)**......................... | **2e(4)** | | 0 |
| f Corrective distributions (see instructions) ............................................... | **2f** | | |
| g Certain deemed distributions of participant loans (see instructions) ........... | **2g** | | |
| h Interest expense.................................................................................... | **2h** | | 154,555 |
| i Administrative expenses: **(1)** Professional fees ....................................... | **2i(1)** | | |
| (2) Contract administrator fees ............................................................. | **2i(2)** | | |
| (3) Investment advisory and management fees ....................................... | **2i(3)** | | |
| (4) Other ......................................................................................... | **2i(4)** | | |
| (5) Total administrative expenses. Add lines **2i(1)** through **(4)**.................. | **2i(5)** | | 0 |
| j Total expenses. Add all **expense** amounts in column (b) and enter total........ | **2j** | | 154,555 |

### Net Income and Reconciliation

| | | | |
|---|---|---|---|
| k Net income (loss). Subtract line **2j** from line **2d**.................................... | **2k** | | -162,573,372 |
| l Transfers of assets: | | | |
| (1) To this plan.................................................................................. | **2l(1)** | | |
| (2) From this plan.............................................................................. | **2l(2)** | | |

---

**Part III** | **Accountant's Opinion**

**3** Complete lines 3a through 3c if the opinion of an independent qualified public accountant is attached to this Form 5500. Complete line 3d if an opinion is not attached.

**a** The attached opinion of an independent qualified public accountant for this plan is (see instructions):

(1) [X] Unqualified      (2) [ ] Qualified      (3) [ ] Disclaimer      (4) [ ] Adverse

**b** Did the accountant perform a limited scope audit pursuant to 29 CFR 2520.103-8 and/or 103-12(d)?       [ ] Yes   [X] No

**c** Enter the name and EIN of the accountant (or accounting firm) below:

(1) Name: ST. CLAIR CPAS, P.C.                                       (2) EIN: 23-2653765

**d** The opinion of an independent qualified public accountant is **not attached** because:

(1) [ ] This form is filed for a CCT, PSA, or MTIA.   (2) [ ] It will be attached to the next Form 5500 pursuant to 29 CFR 2520.104-50.

---

**Part IV** | **Compliance Questions**

**4** CCTs and PSAs do not complete Part IV. MTIAs, 103-12 IEs, and GIAs do not complete lines 4a, 4e, 4f, 4g, 4h, 4k, 4m, 4n, or 5. 103-12 IEs also do not complete lines 4j and 4l. MTIAs also do not complete line 4l.

During the plan year:

| | | Yes | No | Amount |
|---|---|---|---|---|
| **a** Was there a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102? Continue to answer "Yes" for any prior year failures until fully corrected. (See instructions and DOL's Voluntary Fiduciary Correction Program.)...................... | **4a** | | X | |
| **b** Were any loans by the plan or fixed income obligations due the plan in default as of the close of the plan year or classified during the year as uncollectible? Disregard participant loans secured by participant's account balance. (Attach Schedule G (Form 5500) Part I if "Yes" is checked.) | **4b** | | X | |

Schedule H (Form 5500) 2017                                   Page **4-** [    ]

| | | | Yes | No | Amount |
|---|---|---|---|---|---|
| **c** | Were any leases to which the plan was a party in default or classified during the year as uncollectible? (Attach Schedule G (Form 5500) Part II if "Yes" is checked.) ........................................ | **4c** | | X | |
| **d** | Were there any nonexempt transactions with any party-in-interest? (Do not include transactions reported on line 4a. Attach Schedule G (Form 5500) Part III if "Yes" is checked.)........................................................................................... | **4d** | | X | |
| **e** | Was this plan covered by a fidelity bond? ................................................................ | **4e** | X | | 500,000 |
| **f** | Did the plan have a loss, whether or not reimbursed by the plan's fidelity bond, that was caused by fraud or dishonesty? ......................................................................... | **4f** | | X | |
| **g** | Did the plan hold any assets whose current value was neither readily determinable on an established market nor set by an independent third party appraiser? ............................ | **4g** | | X | |
| **h** | Did the plan receive any noncash contributions whose value was neither readily determinable on an established market nor set by an independent third party appraiser?................... | **4h** | | X | |
| **i** | Did the plan have assets held for investment? (Attach schedule(s) of assets if "Yes" is checked, and see instructions for format requirements.)........................................................ | **4i** | X | | |
| **j** | Were any plan transactions or series of transactions in excess of 5% of the current value of plan assets? (Attach schedule of transactions if "Yes" is checked, and see instructions for format requirements.)........................................................ | **4j** | X | | |
| **k** | Were all the plan assets either distributed to participants or beneficiaries, transferred to another plan, or brought under the control of the PBGC? ................................................ | **4k** | | X | |
| **l** | Has the plan failed to provide any benefit when due under the plan? ................................ | **4l** | | X | |
| **m** | If this is an individual account plan, was there a blackout period? (See instructions and 29 CFR 2520.101-3.)......................................................................................... | **4m** | | X | |
| **n** | If 4m was answered "Yes," check the "Yes" box if you either provided the required notice or one of the exceptions to providing the notice applied under 29 CFR 2520.101-3. ........................ | **4n** | | | |

**5a** Has a resolution to terminate the plan been adopted during the plan year or any prior plan year?........ [ ] Yes [X] No
If "Yes," enter the amount of any plan assets that reverted to the employer this year _____.

**5b** If, during this plan year, any assets or liabilities were transferred from this plan to another plan(s), identify the plan(s) to which assets or liabilities were transferred. (See instructions.)

| **5b(1)** Name of plan(s) | **5b(2)** EIN(s) | **5b(3)** PN(s) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**5c** If the plan is a defined benefit plan, is it covered under the PBGC insurance program (See ERISA section 4021.)? ...... [ ] Yes [ ] No [ ] Not determined
If "Yes" is checked, enter the My PAA confirmation number from the PBGC premium filing for this plan year_____. (See instructions.)

| **SCHEDULE R**<br>**(Form 5500)**<br><br>Department of the Treasury<br>Internal Revenue Service<br><br>Department of Labor<br>Employee Benefits Security Administration<br><br>Pension Benefit Guaranty Corporation | **Retirement Plan Information**<br><br>This schedule is required to be filed under sections 104 and 4065 of the Employee Retirement Income Security Act of 1974 (ERISA) and section 6058(a) of the Internal Revenue Code (the Code).<br><br>▶ **File as an attachment to Form 5500.** | OMB No. 1210-0110<br><br>**2017**<br><br>**This Form is Open to Public Inspection.** |
|---|---|---|

For calendar plan year 2017 or fiscal plan year beginning **01/01/2017** and ending **12/31/2017**

**A** Name of plan
WORLD TRAVEL, INC. INC EMPLOYEE STOCK OWNERSHIP PLAN

**B** Three-digit plan number (PN) ▶ **003**

**C** Plan sponsor's name as shown on line 2a of Form 5500
WORLD TRAVEL, INC.

**D** Employer Identification Number (EIN)
23-2228965

---

| **Part I** | **Distributions** |
|---|---|

All references to distributions relate only to payments of benefits during the plan year.

**1** Total value of distributions paid in property other than in cash or the forms of property specified in the instructions ...... | **1** | 0

**2** Enter the EIN(s) of payor(s) who paid benefits on behalf of the plan to participants or beneficiaries during the year (if more than two, enter EINs of the two payors who paid the greatest dollar amounts of benefits):

EIN(s): _____ _____

**Profit-sharing plans, ESOPs, and stock bonus plans, skip line 3.**

**3** Number of participants (living or deceased) whose benefits were distributed in a single sum, during the plan year ...... | **3** |

---

| **Part II** | **Funding Information** (If the plan is not subject to the minimum funding requirements of section 412 of the Internal Revenue Code or ERISA section 302, skip this Part.) |
|---|---|

**4** Is the plan administrator making an election under Code section 412(d)(2) or ERISA section 302(d)(2)? .......... ☐ Yes ☐ No ☐ N/A

**If the plan is a defined benefit plan, go to line 8.**

**5** If a waiver of the minimum funding standard for a prior year is being amortized in this plan year, see instructions and enter the date of the ruling letter granting the waiver. **Date:** Month _____ Day _____ Year _____

**If you completed line 5, complete lines 3, 9, and 10 of Schedule MB and do not complete the remainder of this schedule.**

**6 a** Enter the minimum required contribution for this plan year (include any prior year accumulated funding deficiency not waived) ...... | **6a** |

**b** Enter the amount contributed by the employer to the plan for this plan year ...... | **6b** |

**c** Subtract the amount in line 6b from the amount in line 6a. Enter the result (enter a minus sign to the left of a negative amount) ...... | **6c** |

**If you completed line 6c, skip lines 8 and 9.**

**7** Will the minimum funding amount reported on line 6c be met by the funding deadline? ...... ☐ Yes ☐ No ☐ N/A

**8** If a change in actuarial cost method was made for this plan year pursuant to a revenue procedure or other authority providing automatic approval for the change or a class ruling letter, does the plan sponsor or plan administrator agree with the change? ...... ☐ Yes ☐ No ☐ N/A

---

| **Part III** | **Amendments** |
|---|---|

**9** If this is a defined benefit pension plan, were any amendments adopted during this plan year that increased or decreased the value of benefits? If yes, check the appropriate box. If no, check the "No" box. ☐ Increase ☐ Decrease ☐ Both ☐ No

---

| **Part IV** | **ESOPs** (see instructions). If this is not a plan described under section 409(a) or 4975(e)(7) of the Internal Revenue Code, skip this Part. |
|---|---|

**10** Were unallocated employer securities or proceeds from the sale of unallocated securities used to repay any exempt loan? ...... ☐ Yes ☒ No

**11 a** Does the ESOP hold any preferred stock? ...... ☐ Yes ☒ No

**b** If the ESOP has an outstanding exempt loan with the employer as lender, is such loan part of a "back-to-back" loan? (See instructions for definition of "back-to-back" loan.) ...... ☐ Yes ☒ No

**12** Does the ESOP hold any stock that is not readily tradable on an established securities market? ...... ☒ Yes ☐ No

---

For Paperwork Reduction Act Notice, see the Instructions for Form 5500.

Schedule R (Form 5500) 2017
v. 170203

Schedule R (Form 5500) 2017

Page **2 -** ☐

| Part V | Additional Information for Multiemployer Defined Benefit Pension Plans |
|---|---|

**13** Enter the following information for each employer that contr buted more than 5% of total contr butions to the plan during the plan year (measured in dollars). See instructions. *Complete as many entries as needed to report all applicable employers.*

---

**a** Name of contributing employer

**b** EIN                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month            Day            Year

**e** Contr bution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contr bution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify):

---

**a** Name of contributing employer

**b** EIN                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contr bution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contr bution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a** Name of contributing employer

**b** EIN                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month _____ Day _____ Year _____

**e** Contr bution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contr bution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a** Name of contributing employer

**b** EIN                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month            Day            Year

**e** Contr bution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contr bution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a** Name of contributing employer

**b** EIN                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month            Day            Year

**e** Contr bution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contr bution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

---

**a** Name of contributing employer

**b** EIN                    **c** Dollar amount contributed by employer

**d** Date collective bargaining agreement expires *(If employer contributes under more than one collective bargaining agreement, check box* ☐ *and see instructions regarding required attachment. Otherwise, enter the applicable date.)* Month            Day            Year

**e** Contr bution rate information *(If more than one rate applies, check this box* ☐ *and see instructions regarding required attachment. Otherwise, complete lines 13e(1) and 13e(2).)*
(1)    Contr bution rate (in dollars and cents) _____
(2)    Base unit measure: ☐ Hourly    ☐ Weekly    ☐ Unit of production    ☐ Other (specify): _____

**14** Enter the number of participants on whose behalf no contributions were made by an employer as an employer
of the participant for:

| | | | |
|---|---|---|---|
| **a** | The current year ................................................................................................................................ | **14a** | |
| **b** | The plan year immediately preceding the current plan year.................................................................. | **14b** | |
| **c** | The second preceding plan year ......................................................................................................... | **14c** | |

**15** Enter the ratio of the number of participants under the plan on whose behalf no employer had an obligation to make an
employer contribution during the current plan year to:

| | | | |
|---|---|---|---|
| **a** | The corresponding number for the plan year immediately preceding the current plan year .............................. | **15a** | |
| **b** | The corresponding number for the second preceding plan year ....................................... | **15b** | |

**16** Information with respect to any employers who withdrew from the plan during the preceding plan year:

| | | | |
|---|---|---|---|
| **a** | Enter the number of employers who withdrew during the preceding plan year  ................................ | **16a** | |
| **b** | If line 16a is greater than 0, enter the aggregate amount of withdrawal liability assessed or estimated to be assessed against such withdrawn employers | **16b** | |

**17** If assets and liabilities from another plan have been transferred to or merged with this plan during the plan year, check box and see instructions regarding
supplemental information to be included as an attachment. ............................................................................................................................... ☐

---

| **Part VI** | **Additional Information for Single-Employer and Multiemployer Defined Benefit Pension Plans** |
|---|---|

**18** If any liabilities to participants or their beneficiaries under the plan as of the end of the plan year consist (in whole or in part) of liabilities to such participants
and beneficiaries under two or more pension plans as of immediately before such plan year, check box and see instructions regarding supplemental
information to be included as an attachment ............................................................................................................................................................... ☐

**19** If the total number of participants is 1,000 or more, complete lines (a) through (c)

**a** Enter the percentage of plan assets held as:
Stock: _____%   Investment-Grade Debt: _____%   High-Yield Debt: _____%   Real Estate: _____%   Other: _____%

**b** Provide the average duration of the combined investment-grade and high-yield debt:
☐ 0-3 years   ☐ 3-6 years   ☐ 6-9 years   ☐ 9-12 years   ☐ 12-15 years   ☐ 15-18 years   ☐ 18-21 years   ☐ 21 years or more

**c** What duration measure was used to calculate line 19(b)?
☐ Effective duration   ☐ Macaulay duration   ☐ Modified duration   ☐ Other (specify):