# EXHIBIT 2



# PRUDENT FIDUCIARY
## ——— S E R V I C E S ———

| 2648 E. Workman Ave. Ste 3001-509 | T. (626) 549-1410 | MParedes@FiduciaryServices.com |
| West Covina, California 91791 | M. (626) 329-1373 | www.FiduciaryServices.com |

September 11, 2017

Mr. James Wells
Chairman
World Travel, Inc.
620 Pennsylvania Dr.
Exton, PA 19341

Dear Mr. Wells:

This Engagement Agreement (Agreement) is made and entered into by World Travel, Inc. (Company) and Miguel Paredes (Trustee), a professional ERISA Fiduciary. Prudent Fiduciary Services, LLC is the Trustee's operating company.

The Company desires to establish and sponsor an Employee Stock Ownership Plan and associated Trust (ESOP or Plan) for the benefit of its employees.

The Company desires to retain Trustee for the Plan in connection with the proposed purchase of shares of stock of the Company from selling shareholder(s) to the ESOP (ESOP Transaction). Trustee agrees to serve as the Trustee of the ESOP subject to the terms and conditions set forth in this Agreement and in the Plan. To the extent that the terms and conditions set forth in the Plan are inconsistent with this Agreement, the terms and conditions of the Plan shall govern.

## AGREEMENT

In consideration of the mutual covenants and agreements set forth in this Agreement, the parties agree to the following:

## APPOINTMENT AND DUTIES

1. The Company hereby appoints Miguel Paredes to serve as Trustee of the Plan for the ESOP Transaction. Paredes hereby accepts this appointment. Trustee shall for purposes of the ESOP Transaction have discretionary responsibility within the meaning of Section 403(a) of the Employee Retirement Income Security Act of 1974 (ERISA) and exercise its responsibilities in accordance with the fiduciary duties and prohibited transaction provisions of ERISA. The Trustee shall be authorized to take all actions reasonably necessary to carry out his duties under this Agreement. In pursuit of its duties under this Agreement, the Trustee shall act in accordance with its obligations as an ERISA fiduciary with respect to the purchase of the Company stock and shall apply the principles, to the extent applicable, of the "Agreement Concerning Fiduciary

1

The Company has reviewed, accepts, and agrees to the terms of this Agreement.

**World Travel, Inc.**

Signed: _____  Date: 9/11/17

Name: JAMES A. WELLS

Title: Chairman

The Trustee has reviewed, accepts, and agrees to the terms of this Agreement.

**Trustee**

By: _____  Date: September 11, 2017
Miguel Paredes

7