**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHARI AHRENDSEN, BARRY CLEMENT, and LISA BUSH, on behalf of the World Travel, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, | |
| Plaintiffs, | **Case No. 2:21-cv-02157-HB** |
| v. | |
| PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company, MIGUEL PAREDES, JAMES A. WELLS, JAMES R. WELLS, AND RICHARD G. WELLS. | |
| Defendants. | |

## [PROPOSED] ORDER

Upon consideration of the Paredes Defendants' motion to dismiss Plaintiffs' First Amended Complaint, Dkt. ___, all responses thereto, and oral argument presented, the Court determines that the Paredes Defendants' motion should be **GRANTED**. It is, therefore,

**ORDERED** that Plaintiffs' First Amended Complaint is hereby **DISMISSED**.

So ordered this the ____ day of _____, 2021.

_____
Hon. Harvey Bartle, III