```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALL COUNSEL:

      RE: C.A. 21-2157 AHRENDSEN, et al v. PRUDENT FIDUCIARY SERVICES, LLC, et al

IMPORTANT NOTICE TO COUNSEL

      Please be advised that the Status Conference in the above-captioned case scheduled for **September 30, 2021** at **10:30.m.** before The Honorable Harvey Bartle III is CANCELLED due to the pending motion to dismiss.

                                    /s/ Kristin R. Makely
                              _____
                              Kristin R. Makely
                              Deputy Clerk to Judge Bartle
                              (267) 299-7389

DATED: 9/27/2021