IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARI AHRENDSEN and BARRY CLEMENT, on behalf of the World Travel, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, :   Civil Action
:
Plaintiffs :
v. :
:
PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company, MIGUEL PAREDES, JAMES A. WELLS, JAMES R. WELLS, and RICHARD G. WELLS :   No.: 2:21-CV-02157-HB

Defendants.

ORDER

AND NOW, this 18xth day of October 2021, it is hereby

ORDERED that the application of __Laura Older_____, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED.[1]

[ ] DENIED.

Harvey Bartle III
_____
Harvey Bartle, III          , J.

---

[1] This Court's Local Civil Rules require attorneys, including those admitted pro hac vice, to complete the registration process for the Court's ECF system. Instructions and forms are available on the Court website.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:21-CV-02157-HB

### APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, Laura Older, the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| (State where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| Massachusetts | 06/03/2021 | 708243 |
| | | |
| | | |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
|---|---|---|
| | | |
| | | |
| | | |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for     _____/s/ Laura Older_____
(Applicant's Signature)

October 14, 2021
(Date)

Name of Applicant's Firm: Cohen Milstein Sellers & Toll PLLC
Address: 1100 New York Avenue, NW., East Tower, STE. 500, Washington, DC 20005
Telephone Number: 202-408-4600
Email Address: lolder@cohenmilstein.com

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2021
(Date)

_____/s/ Laura Older_____
(Applicant's Signature)

04/20

II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of  Laura Older  to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above- referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| Scott M. Lempert | _(signature)_ | 12/13/1995 | 76765 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission date) | (Attorney Identification No.) |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Cohen Milstein Sellers & Toll PLLC

Three Logan Square, 1717 Arch Street Suite 3610 Philadelphia, PA 19103

267-479-5701

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2021

(Date)                                                                                       (Sponsor's Signature)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARI AHRENDSEN and BARRY CLEMENT, on behalf of the World Travel, Inc. Employee Stock Ownership Plan, and on behalf of a class of all other persons similarly situated, Plaintiffs, v. | : : : : : | Civil Action |
| PRUDENT FIDUCIARY SERVICES, LLC, a California Limited Liability Company, MIGUEL PAREDES, JAMES A. WELLS, JAMES R. WELLS, and RICHARD G. WELLS Defendants. | : | No.: 2:21-CV-02157-HB |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of __Laura Older__, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed Order which, if granted, would permit such practice in this court was served as follows:

_____
(Signature of Attorney)

Scott M. Lempert
_____
(Name of Attorney)

Plaintffs
_____
(Name of Moving Party)

October 14, 2021
_____
(Date)