IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARI AHRENDSEN, et al.          :          CIVIL ACTION
                                 :
        v.                       :
                                 :
PRUDENT FIDUCIARY SERVICES, LLC  :          NO. 21-2157
et al.                           :
                                 :

ORDER

        AND NOW, this  1st  day of February, 2022, for the

reasons set forth in the foregoing memorandum, it is hereby

ORDERED that:

        (1)  the motion of defendants Prudent Fiduciary

Services, LLC and Miguel Paredes to dismiss the amended

complaint (Doc. #46) is DENIED;

        (2)  the motion of defendant James A. ("Jim") Wells to

dismiss the amended complaint (Doc. #45) is DENIED; and

        (3)  the motion of defendants James R. Wells and

Richard G. Wells to dismiss the amended complaint (Doc. #45) is

GRANTED.


                          BY THE COURT:


                          /s/ Harvey Bartle III
                          _____
                                                      J.