```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

ALL COUNSEL:

    RE:  Ahrendsen, et al. v. Prudent Fiduciary Services, et al., Civil Action No. 21-2157

        Please be advised that a telephone conference is scheduled for February 7, 2022 at 9:30 A.M. before The Honorable Harvey Bartle III.  The telephone conference call-in information will be emailed to counsel.

                              /s/ Cheryl Stormes
                              Cheryl Stormes
                              Civil Deputy Clerk to
                              The Honorable Harvey Bartle III
                              215-597-2693

DATED: February 2, 2022