IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SHARI AHRENDSEN, et al.           :          CIVIL ACTION
                                  :
          V.                      :
                                  :
PRUDENT FIDUCIARY SERVICES,       :          NO. 21-2157
LLC, et al.

SECOND SCHEDULING ORDER

AND NOW, this 13th day of July 2022, pursuant to an agreement of the parties, it is hereby ORDERED that:

(1)  The First Scheduling Order dated February 7, 2022 (Doc. #59) is VACATED.

(2)  All class certification and merit discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by January 31, 2023.

(3)  Plaintiffs shall file any motion for class certification on or before October 5, 2022.

(4)  Defendants shall file any briefs in opposition to plaintiffs' motion for class certification on or before November 4, 2022.

(5)  Plaintiffs shall file any reply briefs in support of class certification on or before November 19, 2022.

(6)  Plaintiffs shall serve, on or before March 17, 2023, any reports of expert witnesses.

(7) Defendants shall serve, on or before May 1, 2023, any reports of expert witnesses.

(8) Plaintiffs shall serve, on or before May 22, 2023, any reports of rebuttal expert witnesses responding only to those issues raised for the first time in the reports of defendants' experts.

(9) Parties shall conduct any depositions of expert witnesses on or before July 6, 2023.

(10) No brief shall exceed thirty (30) pages in length without approval of the Court.

(11) Further dates will be determined by the Court at a later time.

(12) If the parties would like a settlement conference at any time during the discovery process, they may reach out to the Court to arrange for such a conference before a Magistrate Judge.

                                                BY THE COURT:

                                                /s/ Harvey Bartle III
_____
                                                                    J.