```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SHARI AHRENDSEN, et al.        :        CIVIL ACTION
                               :
        V.                     :
                               :
PRUDENT FIDUCIARY SERVICES,    :        NO. 21-2157
LLC, et al.
```

ORDER

AND NOW, this 3rd day of November 2022, at the joint request of counsel, it is hereby ORDERED that:

(1) the deadlines in the Third Scheduling Order (Doc #78) are stayed; and

(2) the parties shall file their motion for preliminary approval of settlement on or before December 19, 2022.

BY THE COURT:

/s/ Harvey Bartle III
_____
                     J.