```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| SHARI AHRENDSEN, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PRUDENT FIDUCIARY SERVICES, LLC et al. | : | NO. 21-2157 |
| | : | |

ORDER

AND NOW, this 14th day of December 2022, it is hereby ORDERED that:

(1) the joint motion to extend deadline for motion for preliminary approval of settlement (Doc. #81) is GRANTED; and

(2) parties shall file their motion for preliminary approval of settlement on or before January 18, 2023.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.