IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARI AHRENDSEN, et al. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| PRUDENT FIDUCIARY SERVICES, LLC, et al. | : | NO. 21-2157 |

ORDER

AND NOW, this 18th day of January 2023, it is hereby ORDERED that:

(1) the joint motion to extend deadline for motion for preliminary approval of settlement (Doc. #83) is GRANTED;

(2) the Order dated December 14, 2022 (Doc. #82) is VACATED; and

(3) the parties shall file their motion for preliminary approval of settlement on or before January 25, 2023.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.