UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHARI AHRENDSEN,<br>BARRY CLEMENT, LISA BUSH, and<br>THOMAS KALLAS, on behalf of the World<br>Travel, Inc. Employee Stock Ownership<br>Plan, and on behalf of a class of all other<br>persons similarly situated,<br><br>    **Plaintiffs,**<br><br>v.<br><br>PRUDENT FIDUCIARY SERVICES, LLC,<br>et. al.,<br><br>    **Defendants.** | Case No. 2:21-CV-02157-HB |

**PLAINTIFFS' MOTION TO E-FILE IN EXCESS OF 50 PAGES OF EXHIBITS IN SUPPORT OF MOTION FOR FINAL APPROVAL OF SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS AND MOTION FOR ATTORNEYS' FEES AND EXPENSE REIMBURSEMENT, SETTLEMENT ADMINISTRATION EXPENSES, AND SERVICE AWARDS**

Plaintiffs Shari Ahrendsen, Barry Clement, Lisa Bush, and Thomas Kallas, individually and as Class Representatives, move for leave to e-file more than 50 pages of exhibits in support of their Motion for Final Approval of and Certification of Settlement Class ("Motion for Final Approval") and Motion for Attorneys' Fees and Expense Reimbursement, Settlement Administration Expenses and Service Awards (together, the "Settlement Motions") In support of this motion, Plaintiffs state:

1. Eastern District of Pennsylvania Local Rule 5.1.2.6 provides that the total number of pages of attachments and exhibits electronically filed shall not exceed 50 without prior approval of the judge.

2. To support the Settlement Motions, and show the Court that Settlement is fair, reasonable, and adequate, the Settlement Motions refer to over 50 pages of exhibits, including: declarations from

Plaintiffs' Counsel; a declaration from the Settlement Administrator; declarations from the Named Plaintiffs; and a proposed order.

WHEREFORE, Plaintiffs respectfully request leave to e-file more than 50 pages of exhibits in support of their Settlement Motions.

Dated: April 28, 2023

Respectfully Submitted,

By: */s/ Gregory Y. Porter*

**COHEN MILSTEIN SELLERS & TOLL PLLC**
Michelle C. Yau (*pro hac vice*)
Daniel R. Sutter (*pro hac vice*)
Caroline E. Bressman (*pro hac vice*)
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com
cbressman@cohenmilstein.com

**BAILEY & GLASSER LLP**
Gregory Y. Porter (*pro hac vice*)
Ryan T. Jenny (*pro hac vice*)
1055 Thomas Jefferson Street, NW
Suite 540
Washington, DC 20007
Telephone: (202) 463-2101
Facsimile: (202) 463-2103
gporter@baileyglasser.com
rjenny@baileyglasser.com

Patrick O. Muench (*pro hac vice*)
318 W. Adams, Suite 1512
Chicago, IL 60606
Telephone: (312) 995-7143
Facsimile: (314) 863-5483
pmuench@baileyglasser.com

Laura E. Babiak (*pro hac vice*)
209 Capital Street
Charleston, West Virginia 25301
Telephone: (304) 345-6555
Facsimile: (304) 342-1110
lbabiak@baileyglasser.com

        Patricia Mulvoy Kipnis (PA Bar No. 91470)
        923 Haddonfield Road
        Suite 300
        Cherry Hill, NJ 08002
        Telephone: (856) 324-8219
        Facsimile: (304) 342-1110
        pkipnis@baileyglasser.com

*Attorneys for Plaintiffs*

## CERTIFICATION OF COUNSEL

Pursuant to Local Rule 7.1(b), I certify that I have conferred with counsel for all Parties and this motion is uncontested.

*/s/ Gregory Y. Porter*
Gregory Y. Porter

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of April, 2023, a copy of the foregoing document was served on all counsel of record via ECF.

*/s/ Gregory Y. Porter*
Gregory Y. Porter