IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHARI AHRENDSEN, et al. | : | CIVIL ACTION |
| | : | |
| V. | : | |
| | : | |
| PRUDENT FIDUCIARY SERVICES, LLC, et al. | : | NO. 21-2157 |

ORDER

AND NOW, this 1st day of May 2023, it is hereby ORDERED that the motion of plaintiffs to E-file in excess of 50 pages of exhibits in support of motion for final approval of settlement and certification of settlement class and motion for attorneys' fees and expense reimbursement, settlement administration expenses, and service awards (Doc. #91) is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.