```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA


SHARI AHRENDSEN, et al.         :        CIVIL ACTION
                                :
        V.                      :
                                :
PRUDENT FIDUCIARY SERVICES,     :
LLC, et al.                     :        NO. 21-2157
```

ORDER

AND NOW, this 22nd day of June 2023, after a final approval hearing and for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that:

(1) the unopposed motion of plaintiffs for certification of a settlement class (Doc. #92) consisting of all persons who, at any time on or prior to January 1, 2023, were vested participants in the ESOP and the beneficiaries of such participants is GRANTED;

(2) the notice to class members is APPROVED as in accord with Rule 23(e) of the Federal Rules of Civil Procedure;

(3) the unopposed motion of plaintiffs for final approval of the settlement agreement (Doc. #92) is GRANTED;

(4) the settlement agreement (Doc. #85-1) is APPROVED as fair, reasonable, and adequate;

(5) the unopposed motion of plaintiffs for approval of attorneys' fees and expense reimbursement, settlement administration expenses, and service awards (Doc. #93) is GRANTED;

(6) plaintiffs are awarded the following:

    a. $2,900,000 for attorney's fees;

    b. $67,649.70 for out-of-pocket litigation expenses;

    c. $17,500 for settlement administration expenses;

    d. $15,000 for the fees and costs of the independent fiduciary;

    e. $15,000 to named plaintiff Thomas Kallas as a service award; and

    f. $10,000 each to named plaintiffs Shari Ahrendsen, Barry Clement, and Lisa Bush as service awards

(7) the action is DISMISSED with prejudice;

(8) the court retains jurisdiction to enforce the settlement; and

(9) the Clerk shall mark this action CLOSED.

                                     BY THE COURT:

                                     /s/ Harvey Bartle III
                                                                                J.